RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/15/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHRISTOPHER L. CARR | CIVIL ACTION NO. 09-1080 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN NEWCOMER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Pending before the Court is a Motion to Consolidate [Doc. No. 16] by *pro se* Plaintiff Christopher L. Carr requesting that the above-captioned case, *Carr v. Warden Newcomer, et. al.*, Case No. 03:09CV1080 be consolidated with *Reynolds v. Warden Newcomer, et al.*, Case No. 3:09CV1077.

THE COURT HEREBY ORDERS that Plaintiff's Motion to Consolidate is DENIED, subject to reconsideration if the cases survive initial review pursuant to 28 U.S.C. §§ 1915, 1915A, and 42 USC §1983.

MONROE, LOUISIANA, this 15 day of September, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE