RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/19/2010
BY ___

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER CARR** | **CIVIL ACTION NO. 09-1080** |
| VS. | **SECTION P** |
| **WARDEN NEWCOMER, ET AL.** | **JUDGE ROBERT G. JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 28], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 19 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE